Fill in this information to identify the case:

United States Bankruptcy Court for the:

District of Maryland

Case number (*If known*): ______________________ Chapter 7

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

FPBC LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

83-4601629

**4. Debtor's address**

**Principal place of business**

2345 Eutaw Pl
Number Street

Baltimore MD 21217
City State ZIP Code

Baltimore city
County

**Mailing address, if different from principal place of business**

Number Street

P.O. Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: ______________________

Debtor FPBC LLC
Name

Case number (if known)

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

236118

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ______ When ______ (MM / DD / YYYY) Case number ______

District ______ When ______ (MM / DD / YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor ______ Relationship ______

District ______ When ______ (MM / DD / YYYY)

Case number, if known ______

Debtor FPBC LLC
Name

Case number (*if known*)

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [x] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? ____________________
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other ____________________

**Where is the property?** ____________________
Number Street

____________________
City State ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes. Insurance agency ____________________

Contact name ____________________

Phone ____________________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- [ ] Funds will be available for distribution to unsecured creditors.
- [x] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [x] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5,001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than 100,000 |
| [ ] 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| [ ] $0-$50,000 | [x] $1,000,001-$10 million | [ ] $500,000,001-$1 billion |
| [ ] $50,001-$100,000 | [ ] $10,000,001-$50 million | [ ] $1,000,000,001-$10 billion |
| [ ] $100,001-$500,000 | [ ] $50,000,001-$100 million | [ ] $10,000,000,001-$50 billion |
| [ ] $500,001-$1 million | [ ] $100,000,001-$500 million | [ ] More than $50 billion |

Debtor FPBC LLC
Name

Case number (*if known*)

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/26/2026
MM / DD / YYYY

✘ /s/ Fernando Plastino
Signature of authorized representative of debtor

Fernando Plastino
Printed name

Title Sole Member

**18. Signature of attorney**

✘ /s/ Brien Penn
Signature of attorney for debtor

Date 10/26/2026
MM / DD / YYYY

Brien Penn
Printed name

Penn Law Firm
Firm name

233 E. Redwood Street Suite 800G
Number Street

Baltimore
City

MD
State

21202
ZIP Code

443-475-0269
Contact phone

brien@pennlawfirmllc.com
Email address

127313
Bar number

MD
State

**Fill in this information to identify the case:**

Debtor name: FPBC LLC

United States Bankruptcy Court for the: District of Maryland (State)

Case number (If known): ____________________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B* .......... $ 3,288,000.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B* .......... $ 0.00

1c. **Total of all property:**
Copy line 92 from *Schedule A/B* .......... $ 3,288,000.00

## Part 2: Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .......... $ 3,152,205.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 6a of *Schedule E/F* .......... $ 0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .......... +$ 3,301,051.00

4. **Total liabilities** ..........
Lines 2 + 3a + 3b .......... $ 6,453,256.00

**Fill in this information to identify the case:**

Debtor name FPBC LLC

United States Bankruptcy Court for the: District of Maryland

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

2. **Cash on hand** $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Truist | Checking | 1 1 2 3 | $ 0.00 |
| 3.2. | TD Checking | Checking | | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

4.1. ______ $ ______

4.2. ______ $ ______

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. $ 0.00

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. ____ $ ____

7.2. ____ $ ____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. ____ $ ____

8.2. ____ $ ____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 0.00

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: ____ (face amount) - ____ (doubtful or uncollectible accounts) = .......... ➤ $ ____

11b. Over 90 days old: ____ (face amount) - ____ (doubtful or uncollectible accounts) = .......... ➤ $ ____

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ ____

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. ____ | ____ | $ ____ |
| 14.2. ____ | ____ | $ ____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1. ____ | ____% | ____ | $ ____ |
| 15.2. ____ | ____% | ____ | $ ____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. ____ ____ $ ____

16.2. ____ ____ $ ____

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83. $ 0.00

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| ____________ | ______ MM / DD / YYYY | $ ______ | ____________ | $ ______ |
| 20. **Work in progress** | | | | |
| ____________ | ______ MM / DD / YYYY | $ ______ | ____________ | $ ______ |
| 21. **Finished goods, including goods held for resale** | | | | |
| ____________ | ______ MM / DD / YYYY | $ ______ | ____________ | $ ______ |
| 22. **Other inventory or supplies** | | | | |
| ____________ | ______ MM / DD / YYYY | $ ______ | ____________ | $ ______ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. $ 0.00

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value ______ Valuation method ______ Current value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| ____________ | $ ______ | ____________ | $ ______ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| ____________ | $ ______ | ____________ | $ ______ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| ____________ | $ ______ | ____________ | $ ______ |

31. **Farm and fishing supplies, chemicals, and feed**

_______________ $ _______ _______________ $ _______

32. **Other farming and fishing-related property not already listed in Part 6**

_______________ $ _______ _______________ $ _______

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85. $ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

- ☐ No
- ☐ Yes. Book value _______ Valuation method _______ Current value _______

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

- ☐ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☑ No. Go to Part 8.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| | $ | | $ |
| 40. **Office fixtures** | | | |
| | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $ | | $ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. | $ | | $ |
| 42.2. | $ | | $ |
| 42.3. | $ | | $ |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86. $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☑ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | $ | | $ |
| 47.2. | $ | | $ |
| 47.3. | $ | | $ |
| 47.4. | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. | $ | | $ |
| 48.2. | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1. | $ | | $ |
| 49.2. | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1. | $ | | $ |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87. $ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☐ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below

Debtor FPBC LLC
Name

Case number *(if known)*

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 68 N. Culvert St, Baltimore, MD 21229 | Fee Simple Owner | $ | Zillow | $ 48,000.00 |
| 55.2 409 S. Monroe St, Baltimore, MD 21223 | Fee Simple Owner | $ | Zillow | $ 9,000.00 |
| 55.3 1319 Lemon St, Baltimore, MD 21223 | Fee Simple Owner | $ | Zillow | $ 42,000.00 |
| 55.4 1714 Druid Hill Ave, Baltimore, MD 21223 | Fee Simple Owner | $ | Zillow | $ 65,000.00 |
| 55.5 1712 Druid Hill Ave, Baltimore, MD 21217 | Fee Simple Owner | $ | Zillow | $ 90,000.00 |
| 55.6 407 S. Monroe St, Baltimore, MD 21223 | Fee Simple Owner | $ | Zillow | $ 9,000.00 |
| 55.7 1716 Druid Hill Ave, Baltimore, MD 21223 | Fee Simple Owner | $ | Zillow | $ 60,000.00 |
| 55.8 1028 N Collington Ave, Baltimore, MD 21205 | Fee Simple Owner | $ | Zillow | $ 190,000.00 |
| 55.9 1536 Abbotston St, Baltimore, MD 21218 | Fee Simple Owner | $ | Zillow | $ 120,000.00 |
| 55.10 3439 Dudley Ave, Baltimore, MD 21213 | Fee Simple Owner | $ | Zillow | $ 115,000.00 |
| 55.11 1321 Lemmon St, Baltimore, MD 21223 | Fee Simple Owner | $ | | $ 60,000.00 |
| 55.12 1724 Appleton St, Baltimore, MD 21217 | | $ | | $ 110,000.00 |
| 55.13 2625 Greenmount Ave, Baltimore, MD 21218 (3 Units) | Fee Simple Owner | $ | | $ 240,000.00 |
| 55.14 1305 Lemmon St, Baltimore, MD 21223 | Fee Simple Owner | $ | | $ 40,000.00 |
| 55.15 2107 Wilhelm St, Baltimore, MD 21223 | Fee Simple Owner | $ | | $ 45,000.00 |
| 55.16 4128 Eierman St, Baltimore, MD 21206 | Fee Simple Owner | $ | Zillow | $ 120,000.00 |
| 55.17 2345 Eutaw Place, Baltimore, MD 21217 Multi-Unit Building (4 Apartments) | Fee Simple Owner | $ | Zillow | $ 980,000.00 |
| 55.18 1221 N. Eden St, Baltimore, MD 21213 | Fee Simple Owner | $ | Zillow | $ 390,000.00 |
| 55.19 1907 Christian St, Baltimore, MD 21223 | Fee Simple Owner | $ | Zillow | $ 95,000.00 |
| 55.20 2616 W. Fairmount Ave, Baltimore, MD 21223 | Fee Simple Owner | $ | Zillow | $ 120,000.00 |
| 55.21 2907 Ridgewood Ave, Baltimore, MD 21215 | Fee Simple Owner | $ | | $ 130,000.00 |
| 55.22 605 S. Monroe St, Baltimore MD 21223 | Fee Simple Owner | $ | Zillow | $ 100,000.00 |
| 55.23 1543 Payson St, Baltimore, MD 21217 | Fee Simple Owner | $ | Zillow | $ 110,000.00 |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 3,288,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- [x] No
- [ ] Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- [ ] No
- [x] Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- [x] No. Go to Part 11.
- [ ] Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | $ | | $ |
| 61. **Internet domain names and websites** | | | |
| | $ | | $ |
| 62. **Licenses, franchises, and royalties** | | | |
| | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| | $ | | $ |
| 64. **Other intangibles, or intellectual property** | | | |
| | $ | | $ |
| 65. **Goodwill** | | | |
| | $ | | $ |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89. $ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- [ ] No
- [ ] Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- [ ] No
- [ ] Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- [ ] No
- [ ] Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form
- [x] No. Go to Part 12.
- [ ] Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____ _____ - _____ = ➤ $ _____

Total face amount doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Tax year _____ $ _____

Tax year _____ $ _____

Tax year _____ $ _____

73. **Interests in insurance policies or annuities**

$ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

$ _____

Nature of claim _____

Amount requested $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

$ _____

Nature of claim _____

Amount requested $ _____

76. **Trusts, equitable or future interests in property**

$ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, ncountry club membership

$ _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90

$ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |

| | | | | |
|---|---|---|---|---|
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | | | |
| 88. **Real property.** *Copy line 56, Part 9.* ........➤ | | | $ 3,288,000.00 | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | | | |
| 91. **Total.** *Add lines 80 through 90 for each column.* ........91a. | $ 0.00 | + 91b. | $ 3,288,000.00 | |
| 92. Total of all property on Schedule A/B. *Lines 91a + 91b = 92.* 3,288,000.00 | | | | $ 3,288,000.00 |

**Fill in this information to identify the case:**

Debtor name FPBC LLC

United States Bankruptcy Court for the: District of Maryland

Case number (if known): ______

☐ Check if this is an amended filing

# Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|
| 2.1 BT 2025 LLC | $ Unknown | $ 110,000.00 |

2.1

**Creditor's name**
BT 2025 LLC

**Creditor's mailing address**
9 Newburg Ave
Suite 201, Catonsville, MD 21228

**Creditor's email address, if known**

**Date debt was incurred** ______

**Last 4 digits of account number** ______

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**
1724 Appleton St, Baltimore, MD 21217

**Describe the lien**
Statutory, Tax Lien Certificate

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

2.2 **Creditor's name**
Citadel Servicing Corp d/b/a ACRA Lending

**Creditor's mailing address**
3 Ada Parkway
Suite 200A, Irvine, CA 92618

**Creditor's email address, if known**

**Date debt was incurred** 06/01/2026

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.
Select Portfolio Servicing, 1st
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
1221 N. Eden St, Baltimore, MD 21213

$ 162,205.00 $ 390,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

2.3 **Creditor's name**
Glade Development LLC

**Creditor's mailing address**
P.O. Box 1534
Baltimore, MD 21203

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**
1321 Lemmon St, Baltimore, MD 21223

$ Unknown $ 60,000.00

**Describe the lien**
Statutory, Tax Lien Certificate

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

2.4 **Creditor's name**
Glade Development LLC

**Creditor's mailing address**
P.O. Box 1534
Baltimore, MD 21203

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

Real Estate Century Corp., 1st

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

1319 Lemon St, Baltimore, MD 21223

$ Unknown $ 42,000.00

**Describe the lien**
Statutory, Tax Lien Certificate

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

2.5 **Creditor's name**
Infinite Vibes LLC

**Creditor's mailing address**
1811 McCulloh St
Apt 1, Baltimore, MD 21217

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

2107 Wilhelm St, Baltimore, MD 21223

$ Unknown $ 45,000.00

**Describe the lien**
Statutory, Tax Lien Certificate

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

2.6 **Creditor's name**
PALI, LLC

**Creditor's mailing address**
110 NW 154th St
Miami, FL 33169

**Creditor's email address, if known**

**Date debt was incurred** 05/01/2026

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

Real Estate Century Corp., 1st

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
1028 N Collington Ave, Baltimore, MD 21205

$ 100,000.00 $ 190,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

2.7 **Creditor's name**
Real Estate Century Corp.

**Creditor's mailing address**
152 Rollins Ave
Rockville, MD 20852

**Creditor's email address, if known**

**Date debt was incurred** 8/26/2026

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

The 2025 Entity, LLC, 1st, Shellpoint Mortgage Servicing, 1st, Stonefield Investment Fund IV, LLC, 1st, Valens LLC, 1st

☑ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
1543 Payson St, Baltimore, MD 21217, 68 N. Culvert St, Baltimore, MD 21229, 1319 Lemon St, Baltimore, MD 21223, 407 S. Monroe St, Baltimore, MD 21223, 409 S. Monroe St, Baltimore, MD 21223, 1712 Druid Hill Ave, Baltimore, MD 21217, 1714 Druid Hill Ave, Baltimore, MD 21223, 1716 Druid Hill Ave, Baltimore, MD 21223, 1907 Christian St, Baltimore, MD 21223, 605 S. Monroe St, Baltimore MD 21223, 1028 N Collington Ave, Baltimore, MD 21205, 2616 W. Fairmount Ave, Baltimore, MD 21223, 2345 Eutaw Place, Baltimore, MD 21217 Multi-Unit Building (4 Apartments), 1536 Abbotston St, Baltimore, MD 21218, 4128 Eierman St, Baltimore, MD 21206, 3439 Dudley Ave, Baltimore, MD 21213

$ 2,200,000.00 $ 2,273,000.00

**Describe the lien**
Judgment

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

2.4, 2.6

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.8 **Creditor's name**
Select Portfolio Servicing

**Creditor's mailing address**
P.O. Box 65250
Salt Lake City, UT 84165

**Creditor's email address, if known**

**Date debt was incurred** 11/21/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**
1221 N. Eden St, Baltimore, MD 21213

$ 165,000.00 $ 390,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.9 **Creditor's name**
Shellpoint Mortgage Servicing

**Creditor's mailing address**
75 Beattie Pl #300
Greenville, SC 29601

**Creditor's email address, if known**

**Date debt was incurred** 05/09/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines 2.7

**Describe debtor's property that is subject to a lien**
2345 Eutaw Place, Baltimore, MD 21217 Multi-Unit Building (4 Apartments)

$ 525,000.00 $ 980,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

2.10 **Creditor's name**
Stonefield Investment Fund IV, LLC

**Creditor's mailing address**
9 Newburg Ave
Suite 201, Catonsville, MD 21228

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**
1305 Lemmon St, Baltimore, MD 21223

$ Unknown

$ 40,000.00

**Describe the lien**
Statutory, Tax Lien Certificate

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

2.11 **Creditor's name**
Stonefield Investment Fund IV, LLC

**Creditor's mailing address**
9 Newburg Ave
Suite 201, Catonsville, MD 21228

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines 2.7

**Describe debtor's property that is subject to a lien**
2616 W. Fairmount Ave, Baltimore, MD 21223

$ 0.00

$ 120,000.00

**Describe the lien**
Tax Lien Certificate Holder

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

2.12 **Creditor's name**
The 2025 Entity, LLC

**Creditor's mailing address**
25 Hooks Lane
Suite 202, Pikesville, MD 21208

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines 2.7

**Describe debtor's property that is subject to a lien**
605 S. Monroe St, Baltimore MD 21223

**Describe the lien**
Statutory, Tax Lien Certificate

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown $ 100,000.00

2.13 **Creditor's name**
Valens LLC

**Creditor's mailing address**
110 W. Saratoga St
Unit 4, Baltimore, MD 21201

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines 2.7

**Describe debtor's property that is subject to a lien**
1543 Payson St, Baltimore, MD 21217

**Describe the lien**
Statutory, Tax Lien Certificate

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown $ 110,000.00

2.14 **Creditor's name**
West 11, LLC

**Creditor's mailing address**
1700 Reisterstown Rd
Suite 212, Pikesville, MD 21208

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**
2625 Greenmount Ave, Baltimore, MD 21218 (3 Units)

$ Unknown

$ 240,000.00

**Describe the lien**
Statutory, Tax Lien Certificate

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 3,152,205.00

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

**List in alphabetical order any others who must be notified for a debt already listed in Part 1.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Adam Friedman<br>1325 Franklin Ave<br>Suite 160, Garden City, NY, 11530 | Line 2.9 | |
| Anthony Onuwanibe<br>114 W. Mulberry St<br>Baltimore, MD, 21201 | Line 2.13 | |
| Anthony Onwuanibe<br>114 W. Mulberry St<br>Baltimore, MD, 21201 | Line 2.5 | |
| Anthony Onwuanide<br>114 W. Mulberry St<br>Baltimore, MD, 21201 | Line 2.4 | |
| Joseph Moeller<br>1101 Wooton Parkway<br>Suite 700, Rockville, MD, 20852 | Line 2.7 | |
| Scott Morse<br>9 Newburg Ave<br>Suite 201, Catonsville, MD, 21228 | Line 2.1 | |
| Scott Morse<br>9 Newburg Ave<br>Suite 201, Catonsville, MD, 21228 | Line 2.11 | |
| Steven Tessler<br>2833 Smith Ave<br>Suite 138, Baltimore, MD, 21209 | Line 2.14 | |

**Fill in this information to identify the case:**

Debtor name FPBC LLC

United States Bankruptcy Court for the: District of Maryland

Case number (if known): ______

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**Total claim** | **Priority amount**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
1712 DRUID HILL AVE LLC
306 W. Redwood St Suite 200
Baltimore, MD 21201

**As of the petition filing date, the claim is:** $ 350,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Services

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
ALEXIS CZORNENKI
152 Rollins Ave Suite 215
Rockville, MD 20852

**As of the petition filing date, the claim is:** $ 300,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.3 **Nonpriority creditor's name and mailing address**
ANDRADE GLOBAL LLC
152 Rollins Ave Suite 215
Rockville, MD 20852

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 130,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Breach of K

**Is the claim subject to offset?**
☑ No
☐ Yes

3.4 **Nonpriority creditor's name and mailing address**
Artlet Real Estate LLC
2405 York Road Suite 201-C
Lutherville Timonium, MD 21093

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contract Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.5 **Nonpriority creditor's name and mailing address**
BALPRO LLC
152 Rollins Ave Suite 215
Rockville, MD 20852

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 130,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Breach of K

**Is the claim subject to offset?**
☑ No
☐ Yes

3.6 **Nonpriority creditor's name and mailing address**
BALTBRICK LLC
152 Rollins Ave Suite 215
Rockville, MD 20852

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 200,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of K

**Is the claim subject to offset?**
☑ No
☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
Baltflip LLC
8725 Lochrave Blvd Suite 201
Towson, MD 21286

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

3.8 **Nonpriority creditor's name and mailing address**
Coni Car LLC
152 Rollins Ave Suite 215
Rockville, MD 20852

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 166,070.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Breach of K

**Is the claim subject to offset?**
☑ No
☐ Yes

3.9 **Nonpriority creditor's name and mailing address**
Darrell Johnson
1321 Lemon Street
Baltimore, MD 21223

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Breach of Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

3.10 **Nonpriority creditor's name and mailing address**
DIEGOR LLC
11108 Stackhouse Ct
Potomac, MD 20854

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 90,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

3.11 **Nonpriority creditor's name and mailing address**
DOR LLC
152 Rollins Ave Suite 215
Rockville, MD 20852

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 120,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

3.12 **Nonpriority creditor's name and mailing address**
Edalja LLC
152 Rollins Ave Suite 215
Rockville, MD 20852

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 82,847.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

3.13 **Nonpriority creditor's name and mailing address**
EMILIANO GALLETTI
Cache 6 No. 704
LaPlata, Argentina 191900

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 220,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
GJAMIL, LLC
1221 N. Eden St
Baltimore, MD 21213

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 131,070.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
HAUSEN BM LLC
152 Rollins Ave Suite 215
Rockville, MD 20852

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 390,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
HERCABE LLC
504 S. Bentalou St
Baltimore, MD 21223

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 120,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Breach of K

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
Herfed LLC
16 E. Lombard St Suite 400
Baltimore, MD 21202

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.18 Nonpriority creditor's name and mailing address**
Invnor, LLC
504 S. Bentalou St
Baltimore, MD 21223

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Breach of Contract

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.19 Nonpriority creditor's name and mailing address**
JGA LLC
235 Eutaw Pl Apt 1
Baltimore, MD 21217

**As of the petition filing date, the claim is:** $ 50,000.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Services

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.20 Nonpriority creditor's name and mailing address**
JMK REMODELING SERV LLC
17608 Shady Spring Tr
Gaithersburg, MD 20877

**As of the petition filing date, the claim is:** $ 150,000.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Services

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.21 Nonpriority creditor's name and mailing address**
Julian Maria Carissimi
2365 Magnolia Dr
Miami, FL 33181

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Breach of Contract Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.22 Nonpriority creditor's name and mailing address**
MANAH LLC
152 Rollins Ave Suite 215
Rockville, MD 20852

**As of the petition filing date, the claim is:** $ 140,000.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Breach of K

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.23 Nonpriority creditor's name and mailing address**
MAXIMILIANO DOUEK

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 130,000.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Breach of K

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.24 Nonpriority creditor's name and mailing address**
MP Capital Management LLC
6900 Loch Lomund Drive
Bethesda, MD 20817

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contract Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.25 Nonpriority creditor's name and mailing address**
Percy Burton
4638 Walther Ave Apt 1
Baltimore, MD 21214

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 1,064.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** District Court Judgment

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.26 Nonpriority creditor's name and mailing address**
Policastri Law Firm, LLC
600 Jefferson Plaza Suite 410
Rockville, MD 20852

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.27 Nonpriority creditor's name and mailing address**
SAMAC LLC
152 Rollins Ave Suite 215
Rockville, MD 20852

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 130,000.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of K

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.28 **Nonpriority creditor's name and mailing address**
Selecta Company LLC
152 Rollins Ave Suite 215
Rockville, MD 20852

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Breach of Contract

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.29 **Nonpriority creditor's name and mailing address**
Sierra Goodman
157 N. Manastery Ave
Baltimore, MD 21229

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Breach of Contract

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.30 **Nonpriority creditor's name and mailing address**
Sunny Properties LLC
152 Rollins Ave Suite 215
Rockville, MD 20852

**As of the petition filing date, the claim is:** $ 150,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Breach of K

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.31 **Nonpriority creditor's name and mailing address**
Tikkun LLC
152 ROllins Ave Suite 215
Rockville, MD 20852

**As of the petition filing date, the claim is:** $ 120,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Services

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.32 **Nonpriority creditor's name and mailing address**
Vicksar LLC
152 Rollins Ave Suite 215
Rockville, MD 20852

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Breach of Contract

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

3.33 **Nonpriority creditor's name and mailing address**
ZAFIRA REAL ESTATE LLC
152 Rollins Ave Suite 215
Rockville, MD 20852

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Breach

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**
Zelia Real Estate, LLC
2405 York Road Suite 201-C
Lutherville Timonium, MD 21093

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Breach of Contract Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 3: Additional Page for Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Andrea Dodrill<br>210 W. Pennsylvania Ave<br>Suite 300 | Line 3.29<br>☐ Not listed. Explain | |
| 4.2 | Brett Dieck<br>8 S. Main Street<br>Mount Airy, MD 21771 | Line 3.4<br>☐ Not listed. Explain | |
| 4.3 | Brett Dieck<br>8 S. Main Street<br>Mount Airy, MD 21771 | Line 3.7<br>☐ Not listed. Explain | |
| 4.4 | Brett Dieck<br>8 S. Maint Street<br>Mount Airy, MD 21771 | Line 3.34<br>☐ Not listed. Explain | |
| 4.5 | Jacob Fradel Green<br>2020 K St NW<br>Suite 500 | Line 3.21<br>☐ Not listed. Explain | |
| 4.6 | William Schroeder<br>12505 Park Potomac Ave<br>6th Floor | Line 3.24<br>☐ Not listed. Explain | |

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | $ 3,301,051.00 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 3,301,051.00 |

**Fill in this information to identify the case:**

Debtor name FPBC LLC

United States Bankruptcy Court for the: District of Maryland

Case number (if known): ______ Chapter 7

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | |

**Fill in this information to identify the case:**

Debtor name FPBC LLC

United States Bankruptcy Court for the: District of Maryland

Case number (if known): ____________________

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor name: FPBC LLC

United States Bankruptcy Court for the: District of Maryland

Case number (If known): ______________________

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From ________ MM / DD / YYYY | to | Filing date | ☐ Operating a business ☐ Other | $__________ |
| **For prior year:** | From ________ MM / DD / YYYY | to | ________ MM / DD / YYYY | ☐ Operating a business ☐ Other | $__________ |
| **For the year before that:** | From ________ MM / DD / YYYY | to | ________ MM / DD / YYYY | ☐ Operating a business ☐ Other | $__________ |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From ________ MM / DD / YYYY | to | Filing date | __________ | $__________ |
| **For prior year:** | From ________ MM / DD / YYYY | to | ________ MM / DD / YYYY | __________ | $__________ |
| **For the year before that:** | From ________ MM / DD / YYYY | to | ________ MM / DD / YYYY | __________ | $__________ |

Debtor FPBC LLC Case number (*if known*)
Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Creditor's name | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2. | Creditor's name | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name<br><br>**Relationship to debtor** | | $ | |
| 4.2. | Insider's name<br><br>**Relationship to debtor** | | $ | |

Debtor FPBC LLC Case number (if known)
Name

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Creditor's name | | | $ |
| 5.2. | Creditor's name | | | $ |

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $ |

Last 4 digits of account number: XXXX–

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | ZELIA REAL ESTATE LLC vs. LOYACA, LLC, et al.<br>Case number: C-24-CV-25-006268 | Declaratory Judgment | Baltimore City Circuit Court<br>200 N. Calvert St<br>Baltimore, MD 21202 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | The 2025 Entity, LLC vs. FPBC LLC, et al.<br>Case number: C-24-CV-25-008565 | Right of Redemption Foreclosure | Baltimore City Circuit Court<br>200 N. Calvert St<br>Baltimore, MD 21202 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor FPBC LLC
Name

Case number (if known)

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $ |
| | **Case title** | **Court name and address** |
| | | Name |
| | **Case number** | |
| | **Date of order or assignment** | |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | | $ |
| | | | | $ |
| | **Recipient's relationship to debtor** | | | |
| 9.2. | Recipient's name | | | $ |
| | | | | $ |
| | **Recipient's relationship to debtor** | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

Debtor FPBC LLC
Name

Case number (*if known*)

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | | $ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Debtor FPBC LLC
Name

Case number (*if known*)

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Address<br>Relationship to debtor | | | $ |
| 13.2. | Who received transfer?<br>Address<br>Relationship to debtor | | | $ |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From To |
| 14.2. | | From To |

Debtor FPBC LLC Case number (*if known*)
Name

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | Facility name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
Yes. Does the debtor serve as plan administrator?
☐ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: |

Has the plan been terminated?
☐ No
☐ Yes

Debtor FPBC LLC Case number (*if known*)
Name

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name | XXXX–____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other____ | | $ |
| 18.2. | Name | XXXX–____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other____ | | $ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name | Address | | ☐ No<br>☐ Yes |

Debtor FPBC LLC Case number (*if known*)

Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | $ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

Debtor FPBC LLC Case number (*if known*)
Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: <br> **Dates business existed** <br> From To |
| 25.2. | Name | | EIN: <br> **Dates business existed** <br> From To |
| 25.3. | Name | | EIN: <br> **Dates business existed** <br> From To |

Debtor FPBC LLC
Name

Case number (*if known*)

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Name | From<br>To |

| Name and address | Dates of service |
|---|---|
| 26a.2. Name | From<br>To |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Name | From<br>To |

| Name and address | Dates of service |
|---|---|
| 26b.2. Name | From<br>To |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Name | |

Debtor FPBC LLC Case number (*if known*)
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. Name |

| Name and address |
|---|
| 26d.2. Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. Name |

Debtor FPBC LLC Case number (*if known*)
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.2. Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Fernando Plastino | 9207 Cambridge Manor Ct, Potomac, MD 20854 | Sole Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | To |
| | | | To |
| | | | To |
| | | | To |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Name | | | |

Relationship to debtor

Debtor FPBC LLC
Name

Case number (*if known*)

**Name and address of recipient**

30.2
Name

**Relationship to debtor**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| | EIN: |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| | EIN: |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/26/2026
MM / DD / YYYY

✘ /s/ Fernando Plastino
Signature of individual signing on behalf of the debtor

Printed name Fernando Plastino

Position or relationship to debtor Sole Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

## Continuation Sheet for Official Form 207

7) Legal Actions

Glade Development LLC vs. FPBC LLC, et al.

C-24-CV-26-001147

Right of Redemption Foreclosure

Baltimore City Circuit Court

200 N. Calvert St, Baltimore, MD 21202

Pending

-------

Stonefield Investment Fund IV LLC vs. FPBC LLC, et al.

C-24-CV-26-002538

Right of Redemption Foreclosure

Baltimore City Circuit Court

200 N. Calvert St, Baltimore, MD 21202

Pending

-------

MAYOR AND CITY COUNCIL OF BALTIMORE vs. FPBC LLCet al.

D-01-CV-26-017878

City Receivership for Vacant Property

District Court Baltimore City

500 N. Calvert St, Baltimore, MD 21202

Pending

-------

Adam Friedman vs. FPBC LLC, et al.

C-24-CV-26-005397

Foreclosure

Baltimore City Circuit Court

200 N. Calvert St, Baltimore, MD 21202

Pending

-------

Mayor and City Council of Baltimore vs. FPBC LLCet al.

Debtor Name FPBC LLC Case number (if known)

## Continuation Sheet for Official Form 207

D-01-CV-26-030857

City Receivership for Vacant Property

District Court Baltimore City

500 N. Calvert St, Baltimore, MD 21202

Pending

-------

WEST 11, LLC vs. FPBC, LLC, et al.

C-24-CV-25-009856

Right of Redemption Foreclosure

Baltimore City Circuit Court

200 N. Calvert St, Baltimore, MD 21202

Pending

-------

MP Capital Management, LLC vs. FPBC, LLC, et al.

C-15-CV-26-001483

Breach of K

Montgomery County Circuit Court

Rockville,

Pending

-------

REAL ESTATE CENTURY CORPORATION, et al. vs. FERNANDO PLASTINO, et al.

C-15-CV-24-006825

Breach - Judgment

Montgomery County Circuit Court

50 Maryland Ave, Rockville, MD 20850

Concluded

-------

Julian (Giuliano) Maria Carissimi, et al. vs. Fernando Plastino, et al.

C-24-CV-26-006474

Breach of Contract

Debtor Name FPBC LLC Case number (if known)

## Continuation Sheet for Official Form 207

**Baltimore City Circuit Court**

**200 N. Calvert St, Baltimore, MD 21202**

**Pending**

**-------**

**Julian (Giuliano) Maria Carissimi, et al. vs. Fernando Plastino, et al.**

**C-24-CV-26-006474**

**Baltimore City Circuit Court**

**111 N. Calvert St, Baltimore, MD 21202**

**Pending**

**-------**

**REAL ESTATE CENTURY CORPORATION, et al. vs. LOYACA LLC, et al.**

**C-24-JG-26-010463**

**Indexing of Judgment lien from Montgomery County**

**Baltimore City Circuit Court**

**200 N. Calvert St, Baltimore, MD 21202**

**Concluded**

**-------**

**REAL ESTATE CENTURY CORPORATION, et al. vs. FPBC LLC**

**C-03-JG-26-012965**

**Indexing of judgment lien from Montgomery County**

**Baltimore County Circuit Court**

**401 Bosley Avenue, Towson, MD**

**Concluded**

**-------**

**Mayor and City Council of Baltimore vs. FPBC LLC**

**D-01-CV-25-021114**

**City Receivership Case**

**District Court Baltimore City**

**Pending**

**-------**

## Continuation Sheet for Official Form 207

**ARTLET REAL ESTATE LLC, et al. vs. LOYACA, LLC, et al.**

**C-24-CV-25-006079**

**Declaratory Judgment**

**Baltimore City Circuit Court**

**200 N. Calvert St, Baltimore, MD 21202**

**Pending**

**-------**

**Stonefield Investment Fund IV, LLC vs. FPBC LLC, et al.**

**C-24-CV-25-007952**

**Right of Redemption Foreclosure (Tax Lien)**

**Baltimore City Circuit Court**

**200 N. Calvert St, Baltimore, MD 21202**

**Pending**

**-------**

**BALTFLIP LLC vs. Fernando Plastino, et al.**

**C-24-CV-25-008421**

**Declaratory Judgment**

**Baltimore City Circuit Court**

**200 N. Calvert St, Baltimore, MD 21202**

**Pending**

**-------**

**LN IRA, LLC vs. FPBC LLC, et al.**

**C-24-CV-25-008571**

**Right of Redemption Foreclosure**

**Baltimore City Circuit Court**

**200 N. Calvert St, Baltimore, MD 21202**

**Pending**

**-------**

**BT 2025, LLC vs. FPBC LLC, et al.**

**C-24-CV-26-000823**

Debtor Name FPBC LLC Case number (if known)

## Continuation Sheet for Official Form 207

Right of Redemption Foreclosure

Baltimore City Circuit Court

200 N. Calvert St, Baltimore, MD 21202

Pending

-------

Sierra Goodman vs. Fernando Plastino et al.

D-01-CV-26-010652

District Court

Pending

-------

Glade Development LLC vs. FPBC LLC, et al.

C-24-CV-26-001124

Right of Redemption Foreclosure

Baltimore City Circuit Court

200 N. Calvert St, Baltimore, MD 21202

Pending

-------

Infinite Vibes LLC vs. FPBC LLC, et al.

C-24-CV-26-002529

Right of Redemption Foreclosure

Baltimore City Circuit Court

200 N. Calvert St, Baltimore, MD 21202

Pending

-------

Stonefield Investment Fund IV LLC vs. FPBC LLC, et al.

C-24-CV-26-002535

RIght of Redemption Foreclosure

Baltimore City Circuit Court

200 N. Calvert St, Baltimore, MD 21202

Pending

Debtor Name FPBC LLC Case number (if known)

## Continuation Sheet for Official Form 207

-------

MAYOR AND CITY COUNCIL OF BALTIMORE vs. FPBC LLCet al.

D-01-CV-26-017873

City Receivership for Vacant Property

District Court Baltimore City

500 N. Calvert St, Baltimore, MD 21202

Pending

-------

MAYOR AND CITY COUNCIL OF BALTIMORE vs. FPBC LLCet al.

D-01-CV-26-017882

City Receivership for Vacant Property

District Court Baltimore City

500 N. Calvert St, Baltimore, MD 21202

Pending

-------

Darrell Johnson vs. FPBC LLC et al.

D-01-CV-26-031410

Contract

District Court Baltimore City

500 N. Calvert St, Baltimore, MD 21202

Pending

-------

Mayor and City Council of Baltimore City vs. FPBC, LLC

D-01-CV-24-016164

City Receivership Vacant Property

District Court Baltimore City

500 N. Calvert St, Baltimore, MD 21202

Pending

-------

Mayor and City Council of Baltimore vs. FPBC, LLC

Debtor Name FPBC LLC Case number (if known)

## Continuation Sheet for Official Form 207

**D-01-CV-25-012567**

**City Receivership Vacant Property**

**District Court Baltimore City**

**500 N. Calvert St, Baltimore, MD 21202**

**Pending**

**-------**

**The 2025 Entity, LLC vs. FPBC, LLC, et al.**

**C-24-CV-26-001765**

**Right of Redemption Foreclosure**

**Baltimore City Circuit Court**

**200 N. Calvert St, Baltimore, MD 21202**

**Pending**

**-------**

**Policastri Law Firm, LLC vs. Fernando Plastino, et al.**

**C-15-CV-26-004265**

**Breach of contract**

**Montgomery County Circuit Court**

**50 Maryland Ave, Rockville, MD 20850**

**Pending**

**-------**

**Fill in this information to identify the case and this filing:**

Debtor Name FPBC LLC

United States Bankruptcy Court for the: District of Maryland

Case number (*If known*): ______________________

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration______________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/26/2026
MM / DD / YYYY

✗ /s/ Fernando Plastino
Signature of individual signing on behalf of debtor

Fernando Plastino
Printed name

Sole Member
Position or relationship to debtor

United States Bankruptcy Court
District of Maryland

In re: FPBC LLC

Debtor(s)

Case No.

Chapter 7

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 10/26/2026

/s/ Fernando Plastino
Signature of Individual signing on behalf of debtor

Sole Member
Position or relationship to debtor

1712 DRUID HILL AVE LLC
306 W. Redwood St
Suite 200
Baltimore, MD 21201

Adam Friedman
1325 Franklin Ave
Suite 160
Garden City, NY 11530

ALEXIS CZORNENKI
152 Rollins Ave
Suite 215
Rockville, MD 20852

ANDRADE GLOBAL LLC
152 Rollins Ave
Suite 215
Rockville, MD 20852

Andrea Dodrill
210 W. Pennsylvania Ave
Suite 300
Towson, MD 21204

Anthony Onuwanibe
114 W. Mulberry St
Baltimore, MD 21201

Anthony Onwuanibe
114 W. Mulberry St
Baltimore, MD 21201

Anthony Onwuanide
114 W. Mulberry St
Baltimore, MD 21201

Artlet Real Estate LLC
2405 York Road
Suite 201-C
Lutherville Timonium, MD 21093

BALPRO LLC
152 Rollins Ave
Suite 215
Rockville, MD 20852

BALTBRICK LLC
152 Rollins Ave
Suite 215
Rockville, MD 20852

Baltflip LLC
8725 Lochrave Blvd
Suite 201
Towson, MD 21286

Brett Dieck
8 S. Main Street
Mount Airy, MD 21771

Brett Dieck
8 S. Maint Street
Mount Airy, MD 21771

BT 2025 LLC
9 Newburg Ave
Suite 201
Catonsville, MD 21228

Citadel Servicing Corp d/b/a ACRA Lending
3 Ada Parkway
Suite 200A
Irvine, CA 92618

Coni Car LLC
152 Rollins Ave
Suite 215
Rockville, MD 20852

Darrell Johnson
1321 Lemon Street
Baltimore, MD 21223

DIEGOR LLC
11108 Stackhouse Ct
Potomac, MD 20854

DOR LLC
152 Rollins Ave
Suite 215
Rockville, MD 20852

Edalja LLC
152 Rollins Ave
Suite 215
Rockville, MD 20852

EMILIANO GALLETTI
Cache 6 No. 704
LaPlata, Argentina, 191900

GJAMIL, LLC
1221 N. Eden St
Baltimore, MD 21213

Glade Development LLC
P.O. Box 1534
Baltimore, MD 21203

HAUSEN BM LLC
152 Rollins Ave
Suite 215
Rockville, MD 20852

HERCABE LLC
504 S. Bentalou St
Baltimore, MD 21223

Herfed LLC
16 E. Lombard St
Suite 400
Baltimore, MD 21202

Infinite Vibes LLC
1811 McCulloh St
Apt 1
Baltimore, MD 21217

Invnor, LLC
504 S. Bentalou St
Baltimore, MD 21223

Jacob Fradel Green
2020 K St NW
Suite 500
Washington, DC 20006

JGA LLC
235 Eutaw Pl
Apt 1
Baltimore, MD 21217

JMK REMODELING SERV LLC
17608 Shady Spring Tr
Gaithersburg, MD 20877

Joseph Moeller
1101 Wooton Parkway
Suite 700
Rockville, MD 20852

Julian Maria Carissimi
2365 Magnolia Dr
Miami, FL 33181

MANAH LLC
152 Rollins Ave
Suite 215
Rockville, MD 20852

MAXIMILIANO DOUEK

MP Capital Management LLC
6900 Loch Lomund Drive
Bethesda, MD 20817

PALI, LLC
110 NW 154th St
Miami, FL 33169

Percy Burton
4638 Walther Ave
Apt 1
Baltimore, MD 21214

Policastri Law Firm, LLC
600 Jefferson Plaza
Suite 410
Rockville, MD 20852

Real Estate Century Corp.
152 Rollins Ave
Rockville, MD 20852

SAMAC LLC
152 Rollins Ave
Suite 215
Rockville, MD 20852

Scott Morse
9 Newburg Ave
Suite 201
Catonsville, MD 21228

Select Portfolio Servicing
P.O. Box 65250
Salt Lake City, UT 84165

Selecta Company LLC
152 Rollins Ave
Suite 215
Rockville, MD 20852

Shellpoint Mortgage Servicing
75 Beattie Pl #300
Greenville, SC 29601

Sierra Goodman
157 N. Manastery Ave
Baltimore, MD 21229

Steven Tessler
2833 Smith Ave
Suite 138
Baltimore, MD 21209

Stonefield Investment Fund IV, LLC
9 Newburg Ave
Suite 201
Catonsville, MD 21228

Sunny Properties LLC
152 Rollins Ave
Suite 215
Rockville, MD 20852

The 2025 Entity, LLC
25 Hooks Lane
Suite 202
Pikesville, MD 21208

Tikkun LLC
152 ROllins Ave
Suite 215
Rockville, MD 20852

Valens LLC
110 W. Saratoga St
Unit 4
Baltimore, MD 21201

Vicksar LLC
152 Rollins Ave
Suite 215
Rockville, MD 20852

West 11, LLC
1700 Reisterstown Rd
Suite 212
Pikesville, MD 21208

William Schroeder
12505 Park Potomac Ave
6th Floor
Potomac, MD 20854

ZAFIRA REAL ESTATE LLC
152 Rollins Ave
Suite 215
Rockville, MD 20852

Zelia Real Estate, LLC
2405 York Road
Suite 201-C
Lutherville Timonium, MD 21093

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

Maryland District Of Maryland

**In re**
FPBC LLC

**Debtor**

Case No.
Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,500.00
   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,500.00
   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

2. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/26/2026
*Date*

/s/ Brien Penn
*Signature of Attorney*

Penn Law Firm
*Name of law firm*