**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND (Baltimore)**

| | | |
|---|---|---|
| IN RE: FPBC, LLC | * | CASE NO.: 26-21842 CHAPTER 7 |
| Debtors | * | |
| -------------------------------- | * | |

**CORPORATE OWNERSHIP STATEMENT (Rule 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) and 7007.1, and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **FPBC, LLC**, Debtor ("Debtor") in the above captioned action, certifies that Debtor has no parent corporation and there is no public corporation, or any other entity, that directly or indirectly owns 10% or more of any class of the corporation's(s') equity interests.

/s/ Brien M. Penn

Brien M. Penn (27313)
Penn Law Firm LLC
233 E. Redwood St, Ste 800G
Baltimore, MD 21202
443-475-0269 (p)
443-917-3099 (f)
brien@pennlawfirmllc.com