LAW OFFICES
MCCALLA RAYMER LEIBERT PIERCE, LLP
BANKRUPTCY DEPARTMENT
1544 Old Alabama Rd
Roswell, GA 30076
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

October 28, 2026

Clerk, United States Bankruptcy Court
8515 U.S. Courthouse
101 W. Lombard St.
Baltimore, MD 21201

**REQUEST FOR SERVICE OF NOTICES**

RE:

| | |
|---|---|
| Debtor: | FPBC LLC |
| Case Number: | 26-21842-NVA |
| Chapter: | 7 |
| Secured Creditor: | UMB Bank, National Association, not in its individual capacity but solely as owner trustee for Verus Securitization Trust 2025-8 |
| Loan Number: | XXXXXX7791 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

UMB Bank, National Association, not in its individual capacity but solely as owner trustee for Verus Securitization Trust 2025-8
c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
Bankruptcy Department
1544 Old Alabama Rd
Roswell, GA 30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

Very Truly Yours,

*/s/ Elizabeth Parrott*

c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
1544 Old Alabama Rd
Roswell, GA 30076
Phone: 678-277-4911
Email: Elizabeth.Parrott@mccalla.com
Attorney Bar No: 22018

cc: Brien M. Penn