**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(BALTIMORE DIVISION)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **FPBC LLC** | ) | **Case No. 26-21842 NVA** |
| | ) | **(Chapter 7)** |
| **Debtor.** | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Please enter the appearance of Shulman Rogers, P.A., Rebekah F. Paradis, Esquire, and Benjamin P. Smith, Esquire, 12505 Park Potomac Avenue, Sixth Floor, Potomac, Maryland 20854, as attorneys for MP Capital Management LLC, a creditor in the above-captioned proceeding.

This appearance is intended solely for the purpose of receiving notices and it is not intended that the filing of this appearance be deemed a submission to the jurisdiction of this Court.

Request is hereby made, pursuant to Bankruptcy Rule 2002, that all notices, plans, orders, and other pleadings required to be mailed to creditors under Bankruptcy Rule 2002 be first class mailed or delivered via electronic (ECF) filing to the following:

Rebekah F. Paradis
Shulman Rogers, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
rparadis@shulmanrogers.com

Benjamin P. Smith
Shulman Rogers, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
bsmith@shulmanrogers.com

Respectfully submitted,

**SHULMAN ROGERS, P.A.**

By: /s/ Benajmin P. Smith
Benjamin P. Smith (Bar No. 17680)
Rebekah F. Paradis (Bar No. 30948)
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
TEL: (301) 230 5257 (Paradis)
(301) 230-5241 (Smith)
FAX: (301) 230-2891
Email: rparadis@shulmanrogers.com
bsmith@shulmanrogers.com

*Attorneys for MP Capital Management LLC.*

**CERTIFICATE OF SERVICE**

The following parties received electronic notice of this **Entry of Appearance and Request for Notices** this 12th day of November, 2026:

| | |
|---|---|
| **Patricia B. Jefferson**<br>*Chapter 7 Trustee* | bktrustee@milesstockbridge.com |
| **Brien M. Penn**<br>*Counsel for Debtor* | brien@lennlawfirmllc.com |
| **Elizabeth H. Parrott** | Elizabeth.parrott@mccalla.com |

/s/ Benjamin P. Smith
Benajmin P. Smith